EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br>ALBERT T. PERRY, JR.,         )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. CR04-00024 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. § 922(g)(1) &<br> 18 U.S.C § 472] |

INDICTMENT

COUNT 1

The Grand Jury Charges:

On or about January 4, 2004, in the District of Hawaii, the defendant, ALBERT T. PERRY, JR., having been previously

convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, that is, an EIG .22 caliber revolver loaded with .22 caliber rounds of ammunition.

All in violation of Title 18, United States Code, Sections 922 (g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury Further Charges:

On or about January 4, 2004, in the District of Hawaii, the defendant, ALBERT T. PERRY, JR., with intent to defraud, did possess and conceal falsely made, forged and counterfeited obligations of the United States, that is one Federal Reserve Note in the denomination of One-Hundred Dollars, and one Federal Reserve Note in the denomination of Ten Dollars, which he then knew to be falsely made, forged and counterfeited.

//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 472.

DATED: January 15, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. Albert T. Perry, Jr.
"Indictment"